# Exhibit A














 **Microcanner.Com**
Like This Page · March 21, 2019

Power brands Los Angeles set up

Anna Oosting Baker, Diaz Joze and 4 others like this.





