# Exhibit B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 88671958
Filing Date: 10/29/2019

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | MICRO CAN |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MICRO CAN |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Microcan Limited |
| INTERNAL ADDRESS | Unit 39 Bradley Court |
| *STREET | Bradley Fold |
| *CITY | Bolton |
| *COUNTRY | England |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | BL26RT |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | private limited company |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Great Britain |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 007 |
| *IDENTIFICATION | Canning machines |
| *FILING BASIS | SECTION 44(d) |
| *FOREIGN APPLICATION NUMBER | UK00003432940 |
| *FOREIGN APPLICATION COUNTRY | United Kingdom |

| | |
|---|---|
| *FOREIGN FILING DATE | 10/01/2019 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration and requests that the application be suspended to await the submission of the foreign registration. If ultimately the applicant does not rely on §44(e) as a basis for registration, a valid claim of priority may be retained. |

| ADDITIONAL STATEMENTS INFORMATION | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Alexandra Summers |
| ATTORNEY DOCKET NUMBER | MIC-1487-1 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Sausser Summers, PC |
| STREET | 4846 Payton Street |
| CITY | Santa Barbara |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 93111 |
| PHONE | 843-654-0078 x3 |
| EMAIL ADDRESS | info@onlinetrademarkattorneys.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Brent Sausser |

| CORRESPONDENCE INFORMATION | |
|---|---|
| *NAME | Alexandra Summers |
| FIRM NAME | Sausser Summers, PC |
| *STREET | 4846 Payton Street |
| *CITY | Santa Barbara |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 93111 |
| PHONE | 843-654-0078 x3 |

| | |
|---|---|
| *EMAIL ADDRESS | info@onlinetrademarkattorneys.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /warren stanley/ |
| * SIGNATORY'S NAME | Warren Stanley |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 00447831837394 |
| * DATE SIGNED | 10/29/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88671958**
**Filing Date: 10/29/2019**

### To the Commissioner for Trademarks:

**MARK:** MICRO CAN (Standard Characters, see mark)
The literal element of the mark consists of MICRO CAN. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Microcan Limited, a private limited company legally organized under the laws of Great Britain, having an address of
    Unit 39 Bradley Court
    Bradley Fold
    Bolton BL26RT
    England

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 007:  Canning machines

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on United Kingdom application number UK00003432940, filed 10/01/2019.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration and requests that the application be suspended to await the submission of the foreign registration. If ultimately the applicant does not rely on §44(e) as a basis for registration, a valid claim of priority may be retained.

The applicant hereby appoints Alexandra Summers. Other appointed attorneys are Brent Sausser. Alexandra Summers of Sausser Summers, PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    4846 Payton Street
    Santa Barbara, California 93111
    United States
    843-654-0078 x3(phone)
    info@onlinetrademarkattorneys.com (authorized).
The attorney docket/reference number is MIC-1487-1.
Alexandra Summers submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Alexandra Summers
    Sausser Summers, PC
    4846 Payton Street
    Santa Barbara, California 93111
    843-654-0078 x3(phone)
    info@onlinetrademarkattorneys.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an

additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- ☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

    - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
    - The mark is in use in commerce on or in connection with the goods/services in the application;
    - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **AND/OR**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

    - The signatory believes that the applicant is entitled to use the mark in commerce;
    - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /warren stanley/   Date: 10/29/2019
Signatory's Name: Warren Stanley
Signatory's Position: CEO
Signatory's Phone Number: 00447831837394
Payment Sale Number: 88671958
Payment Accounting Date: 10/29/2019

Serial Number: 88671958
Internet Transmission Date: Tue Oct 29 11:53:52 EDT 2019
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20191029115352149
223-88671958-700ca997478c5aeb47e52015324
4125afff633834d7edee1fca095bd3d86f0def6-
CC-53492173-20191028151945905518

# MICRO CAN


# United States of America
### United States Patent and Trademark Office

# MICROCAN

**Reg. No. 6,071,483**
**Registered Jun. 02, 2020**
**Int. Cl.: 7**
**Trademark**
**Supplemental Register**

Microcan Limited (GREAT BRITAIN private limited company)
Unit 39 Bradley Court
Bradley Fold
Bolton, UNITED KINGDOM BL26RT

CLASS 7: Canning machines

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. UK0000343294, FILED 10-01-2019, REG. NO. 00003424841, DATED 08-29-2019, EXPIRES 08-29-2029

SER. NO. 88-671,958, FILED P.R. 10-29-2019; AM. S.R. 04-09-2020



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.