# Exhibit C





Brew-Bev Consulting & Equipment Sales
1020 NE Pine Island Rd, Suite 205
Cape Coral, FL 33909
239-458-4776

**WE ARE GLOBAL!**



## MICRO CAN CANNING MACHINES

## CL5 V3 LINEAR

### The must-have, fully integrated, automated canning solution that cleans, fills and seals cans, ready for sale or retail.

The CL5 3V is a 5 head filling machine designed to fill and seam standard aluminum cans. It has been specifically designed for the craft beer environment where space is a governing factor. The machine can be stationary or used as a mobile unit. Although it has a small footprint, it still carries all of the equipment of larger canning machines. The CL5 3V has a footprint of 11' 6" x 2' 6" and has a throughput of cans between 1500 and 2200 cans per minute. Click the Product Data Sheet below for the full details of the unit.

Built in the U.K./No Tariffs/No Duty Tax
The newest Canning Technology Sweeping Across Europe

### CL5 V3 Product Data Sheet

### Need Financing? No Problem.
### Click Here to Apply Online !

Jon Knapp, V.P. of Sales | Brew-Bev USA | 239-458-4776 | Email | Website

*Full Technical Service Staff available



---

Brew-Bev Consulting & Equipment Sales, 1020 NE Pine Island Road, Suite 205, Cape Coral, FL 33909

SafeUnsubscribe™ info@thedevilstrumpet.com
Forward this email | Update Profile | About our service provider
Sent by us@brew-bevusa.com powered by



Constant Contact
Try email marketing for free today!



# Micro Can

**Add Friend**

- Lives in **Bury**
- From **Radcliffe, Bury, United Kingdom**
- See Micro's About Info





Micro Can
Apr 29, 2020






