# Exhibit E

| | |
|---|---|
| **From:** | Info@Microcan.co.uk |
| **Sent:** | Friday, February 5, 2021 3:08 PM |
| **To:** | Kim C. Johnson |
| **Subject:** | RE: Our Client: Microcanner, LLC - Our file no.: 5831.00001 |

OK thanks for this.
Please can you ask microcanner what they would like us to be called. If I was Microcanner at the moment I'd be flattered right now.

The machines will still be sold in the US regardless of the name.

Warren


Sent from my Galaxy



-------- Original message --------
From: "Kim C. Johnson" <Kim@uslegalteam.com>
Date: 05/02/2021 7:47 pm (GMT+00:00)
To: Info@Microcan.co.uk
Cc: "Mark F. Warzecha" <MFW@uslegalteam.com>
Subject: Our Client: Microcanner, LLC - Our file no.: 5831.00001

Mr. Stanley,

Please see the attached correspondence from Attorney Mark F. Warzecha.

Sincerely,
Kim



Kim C. Johnson, Legal Assistant to Mark Warzecha
1990 W. New Haven Ave.
Second Floor
Melbourne, Florida 32904
(321) 255-2332
(321) 255-2351 fax



NOTICE: This message and any attachments are solely for the use
of the intended recipient. They may contain privileged and/or

1

confidential information, attorney work product, or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error. Any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you are not the intended recipient of this email, please contact Widerman Malek at the above-referenced number, and delete the message and any attachment from your system. Thank you.