UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICROCANNER, LLC,

Plaintiff,

Case No. 1:21−cv−230

v.

Hon. Hala Y. Jarbou

MICRO CAN LIMITED, et al.,

Defendants.
______________________________/

**NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY**

NOTICE is hereby given that the above−captioned case was electronically filed in this court on March 10, 2021 . The case has been assigned to Hala Y. Jarbou .

The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

CLERK OF COURT

Dated: March 11, 2021

By: /s/ N. Stimec
Deputy Clerk