UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICROCANNER, LLC

Plaintiff(s), Case No. 1:21-cv-00230

v.

Micro Can Limited, et al.

Defendant(s).
_______________________________/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, MICROCANNER, LLC (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: March 15, 2021

/s/ Mark F. Warzecha
(Signature)

Mark F. Warzecha
Widerman Malek, PL
MFW@USLegalTeam.com
1990 W. New Haven Ave., Second Floor
Melbourne, Florida 32904
321-255-2332