# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

MICROCANNER, LLC

Case No. 1:21-cv-00230

Hon.

v.

Micro Can Limited,
Neal H. Knapp, LLC
d/b/a Brew-Bev Consulting & Equipment Sales

TO: Micro Can Limited

ADDRESS: Unit 39, Bradley Court
Bradley Fold
Bolton
England
BL2 6RT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mark F. Warzecha
Widerman Malek, PL
1990 W. New Haven Ave., Ste 201
Melbourne, FL 32904

CLERK OF COURT

By: Deputy Clerk ____ Date

## PROOF OF SERVICE

This summons for Micro Can Limited (name of individual and title, if any) was received by me on ____ (date).

☐ I personally served the summons on the individual at ____ (place where served) on ____ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____ (name), a person of suitable age and discretion who resides there, on ____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____ (name of individual), who is designated by law to accept service of process on behalf of ____ (name of organization) on ____ (date).

☐ I returned the summons unexecuted because ____.

☐ Other *(specify)* ____.

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____.

I declare under the penalty of perjury that this information is true.

Date: ____

____ *Server's signature*

Additional information regarding attempted service, etc.:

____ *Server's printed name and title*

____ *Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

MICROCANNER, LLC

v.

Micro Can Limited,
Neal H. Knapp, LLC
d/b/a Brew-Bev Consulting & Equipment Sales

Case No. 1:21-cv-00230
Hon.

TO:
ADDRESS:
Neal H. Knapp, LLC
d/b/a Brew-Bev Consulting & Equipment Sales
1020 NE Pine Island Road, Unit 205
Cape Coral, FL 33909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Mark F. Warzecha
Widerman Malek, PL
1990 W. New Haven Ave., Ste 201
Melbourne, FL 32904

CLERK OF COURT

By: Deputy Clerk ________ Date

## PROOF OF SERVICE

This summons for Neal H. Knapp, LLC d/b/a Brew-Bev Consulting & Equipment Sales (name of individual and title, if any) was received by me on ________ (date).

☐ I personally served the summons on the individual at ________ (place where served) on ________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ________ (name), a person of suitable age and discretion who resides there, on ________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ________ (name of individual), who is designated by law to accept service of process on behalf of ________ (name of organization) on ________ (date).

☐ I returned the summons unexecuted because ________.

☐ Other *(specify)* ________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ________

________ *Server's signature*

Additional information regarding attempted service, etc.:

________ *Server's printed name and title*

________ *Server's address*