**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MICHIGAN**

MICROCANNER, LLC,

Plaintiff,

v.

MICRO CAN LIMITED,
NEAL H. KNAPP, LLC
d/b/a BREW-BEV CONSULTING &
EQUIPMENT SALES,

Defendants.

Case No.: 1:21-cv-00230

**NOTICE OF VOLUNTARY DISMISSAL OF NEAL H. KNAPP, LLC**
**d/b/a BREW-BEV CONSULTING & EQUIPMENT SALES**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that Plaintiff voluntarily dismisses Defendant, NEAL H. KNAPP, LLC d/b/a BREW-BEV CONSULTING & EQUIPMENT SALES in this action.

Dated: March 17, 2021

Respectfully submitted,

Mark F. Warzecha
Widerman Malek, PL
1990 W. New Haven Ave.,
Second Floor
Melbourne, Florida 32904
321-255-2332
MFW@USLegalTeam.com
***Attorneys for* Microcanner, LLC**