UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICROCANNER, LLC,

Plaintiff,

v.

MICRO CAN LIMITED, et al.,

Defendants.
______________________________/

Case No. 1:21-cv-230

Hon. Hala Y. Jarbou

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendant Micro Can Limited has not been served. This notice serves to inform Plaintiff that the action shall be dismissed without prejudice as to Defendant Micro Can Limited, unless Plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m).

Dated: May 18, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE